Lauren Yassine, Esq. LY/3442
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100

**FILED**
JAMES J. WALDRON, CLERK
OCT 1 1 2011
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------X
In Re:

    Justo Londono

    and

    Barbara Londono

    Debtors

Chapter 7

Case No. 11-17370-MS

Hon. Morris Stern, USBJ

Date Chapter 7 Filed:
3/12/2011

----------------------------------X
FIA Card Services, N.A.
(F.K.A. MBNA America Bank, N.A.)

    PLAINTIFF

    -against-

Barbara M. Londono

    DEFENDANT

Adversary Pro. No.:11-01770

----------------------------------X

    **ORDER GRANTING SUMMARY JUDGMENT THAT THE DEBT OWED TO FIA CARD SERVICES IS DISCHARGEABLE AND FOR AN AWARD OF FEES PURSUANT TO §523(d)**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

Page 2

Defendant: Barbara Londono
Adv. Pro. No.: 11-01770
Caption:  ORDER GRANTING SUMMARY JUDGMENT THAT THE DEBT OWED TO FIA CARD SERVICES IS DISCHARGEABLE AND FOR AN AWARD OF FEES PURSUANT TO §523(d)

---

**WHEREAS**, this matter having been opened to the Court by Lauren Yassine, Esq., attorney for the defendant, upon the defendant's Motion for an Order entering summary judgment against plaintiff FIA Card Services, and good and sufficient cause appearing therefrom for the entry of this Order; IT IS

**ORDERED,** that the debt owed by the Defendant to FIA Card Services is dischargeable; ~~and it is further~~

~~**ORDERED,** that the defendant is awarded legal fees in connection with this action in the amount of $4725.~~