# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:

FIA Card Services, N.A. v
Barbara M Londono

Chapter: 7
Case Number: 11-17370
Adversary Number: 11-1770
Bankruptcy Judge: MORRIS STERN

## TRANSMITTAL OF RECORD ON APPEAL
## TO DISTRICT COURT

A Notice of Appeal was filed in our office on __10/24/11__. The parties to the appeal are:

Appellant(s): Barbara M. Londono  
Attorney: Nicholas Fitzgerald  
Address: 649 Newark Ave  
Jersey City, NJ 07306

Appellee(s): ___  
Attorney: ___  
Address: ___

Title of Order appealed: Order Granting Motion For Summary Judgment  
Date entered on docket: 10/11/11

The items indicated below are transmitted together with the Notice of Appeal:

- ☒ Complete Record on Appeal
- ☒ Statement of Issues        ☐ Transcript
- ☒ Order being appealed
- ☐ Transcript ordered on: ___
- ☐ Other: ___
- ☐ An appeal has not previously been filed in this case.
- ☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I, __Rebecca Hernandez__, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, hereby certify that the record transmitted on this __22__ day of __November__, 20 __11__ is the complete record for purposes of this appeal.

---

District Court Clerk: Please complete the information below and return a copy of this form to the Bankruptcy Court Deputy-in-Charge within 3 days

District Court Case Number: 11-6831 (SDW)  
By: [signature]  
Judge assigned: HON. SUSAN D. WIGENTON  
Date: 11/22/2011

Rev. 1/15/02